IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAURICE HOWARD, | ) | CIVIL NO. 13-00645 SOM/KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE WHY FIRST |
| vs. | ) | AMENDED COMPLAINT SHOULD NOT |
| | ) | BE DISMISSED |
| HERTZ GLOBAL HOLDINGS, INC., | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER TO SHOW CAUSE WHY FIRST AMENDED
COMPLAINT SHOULD NOT BE DISMISSED**

On November 21, 2013, Burton D. Gould, the attorney for Plaintiff Maurice Howard, filed the Complaint in this matter on Howard's behalf.  See ECF No. 1.  On November 26, 2013, Gould filed a First Amended Complaint on Howard's behalf.  See ECF No. 5.

Gould, an active member in good standing of the Hawaii Bar, was previously but is not currently a member of the federal bar for the District of Hawaii.

Local Rule 83.2 states, "Only a member of the bar of this court who is also an active member in good standing of a state bar or its equivalent, or any attorney otherwise authorized by these rules to practice before this court, may enter an appearance for a party . . . ."

No later than January 13, 2014, Howard is ordered to show cause via a written response filed with this court why the

First Amended Complaint should not be dismissed because Gould is not currently a member of the bar of this court.  Gould may moot out this order to show cause by being reinstated as a member of the bar of this court.  Reinstatement will be considered by the court upon application by Gould.

Alternatively, Howard may proceed via a different attorney or pro se by signing and filing the First Amended Complaint himself.  See 28 U.S.C. § 1654 (in all courts of the United States, "parties may plead and conduct their own cases personally or by counsel").  Howard is given leave to file an identical First Amended Complaint with a different person signing it.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 13, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Howard v. Hertz Global Holdings, Inc. et al., Civ. No. 13-00645 SOM/KSC; ORDER TO SHOW CAUSE WHY FIRST AMENDED COMPLAINT SHOULD NOT BE DISMISSED