IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAURICE HOWARD, | ) | CIV. NO. 13-00645 SOM/KSC |
| Plaintiff, | ) ) ) | ORDER REGARDING PLAINTIFF'S WITHDRAWAL OF CLAIMS |
| vs. | ) ) | |
| HERTZ GLOBAL HOLDINGS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER REGARDING PLAINTIFF'S WITHDRAWAL OF CLAIMS

The court held a hearing on June 24, 2014, at which Plaintiff Maurice Howard agreed to withdraw the Second Amended Complaint as improperly filed. Plaintiff also agreed to withdraw the First Amended Complaint, which was the subject of two motions to dismiss. Both motions to dismiss are rendered moot by Plaintiff's agreement to withdraw the First Amended Complaint. The Clerk of Court is directed not to enter judgment in this matter, but to await the filing of a Third Amended Complaint.

Plaintiff also agreed not to proceed further against Defendants Hertz Global Holdings, Inc., Hertz Investors, Inc., and Facebook, Inc.

Plaintiff and Defendant The Hertz Corporation, which is the only Defendant that has entered an appearance in this case to date, stipulate that Plaintiff may file a new pleading to be called the "Third Amended Complaint," which may assert claims against Defendant The Hertz Corporation and other parties

(excluding Hertz Global Holdings, Inc., Hertz Investors, Inc., and Facebook, Inc.). The Third Amended Complaint must be filed no later than July 8, 2014. Failure to meet this deadline shall cause this entire action to be automatically dismissed, judgment to be entered for Defendants, and the file in this matter to be closed.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, June 24, 2014.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Maurice Howard v. Hertz Global Holdings, Inc., et al.; Civ. No. 13-00645 SOM/KSC, ORDER REGARDING PLAINTIFF'S WITHDRAWAL OF CLAIMS